IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH COLUMBIA,

    Plaintiff,

vs.

RICHARD RUSSELL, et al.,

    Defendants.

                                 /

No. CIV S-09-0254 EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

On April 1, 2009, the court found that plaintiff's application to proceed *in forma pauperis* failed to contained the required certified trust account statement. Accordingly, the court ordered plaintiff to file a completed *in forma pauperis* application together with the required certified copy of his prison trust account statement. The order gave plaintiff 30 days to file the required application and warned him that failure to do so may result in this action being dismissed.

////

1

The 30-day period has expired and plaintiff has not filed a completed *in forma pauperis* affidavit or otherwise responded to the court's order.[1]

Accordingly, this action is dismissed without prejudice.

Dated: May 26, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.